UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS OCHOA GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>SUZAN HUBBARD, Director of Corrections,<br><br>    Respondent. | No. CV 09-9000-PSG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 14, 2012

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE